AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| James Dunham, Jr. | ) | Case No. 15 mJ 7081 JCB |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___May 2010-April 2013___ in the county of ___Suffolk___ in the _____ District of ___Massachusetts___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 1341 and 1346 | Mail Fraud |
| Title 18, United States Code, Sections 1343 and 1346 | Wire Fraud |

This criminal complaint is based on these facts:

Please see attached Exhibit A (Affidavit of David Makol).

☑ Continued on the attached sheet.

_____
Complainant's signature

David Makol, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: February 24, 2015

_____
Judge's signature

City and state: Boston, MA          Hon. Jennifer C. Boal U.S. Magistrate Judge
Printed name and title